UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHASITY LADAWN EARLEY,<br><br>    Plaintiff,<br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>    Defendant. | Case No.  1:17-cv-01216-RP<br><br>Honorable Judge Robert Pitman |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff CHASITY LADAWN EARLEY, and the Defendant, GC SERVICES LIMITED PARTNERSHIP, through their respective counsel, that the above-captioned action is dismissed, with prejudice, against GC SERVICES LIMITED PARTNERSHIP, pursuant to the settlement agreement reached between the parties and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated:  December 5, 2018

Respectfully Submitted,

**CHASITY LADAWN EARLEY**

/s/ Nathan C. Volheim
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax :(630) 575-8188
nvolheim@sulaimanlaw.com

**GC SERVICES LIMITED PARTNERSHIP**

/s/ Christopher M. Staine (*with consent*)
Christopher M. Staine
*Counsel for Defendant*
State Bar No. 24104576
CROWE & DUNLEVY
1919 McKinney Avenue, Suite 100
Dallas, TX 75201
Phone: (214) 420-2143
Fax: (214) 736-1763
christopher.staine@crowedunlevy.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                                     s/ Nathan C. Volheim_____
                                                     Nathan C. Volheim