IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHASITY LADAWN EARLEY, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:17-CV-1216-RP |
| GC SERVICES LIMITED PARTNERSHIP, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the parties' Agreed Stipulation of Dismissal With Prejudice. (Dkt. 15). Plaintiff Chasity Ladawn Earley ("Earley") asks that the Court dismiss all of her claims against Defendant GC Services Limited Partnership with prejudice. (*Id.*). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss her causes of action against a defendant upon filing a stipulation of dismissal signed by all parties who have appeared. Earley has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

The Court therefore **ORDERS** the Clerk of Court to **CLOSE** this action.

**SIGNED** on December 6, 2018.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE